1 SIDNEY J. COHEN, ESQ., State Bar No.  39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
2 427 Grand Avenue
Oakland, CA  94610
3 Telephone:  (510) 893-6682

4 Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>    Plaintiff,<br>V.<br><br>RESTAURANTS UNLIMITED, INC; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.  C 08-05792 CW<br>Civil Rights<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP section 41 |

Plaintiff Richard Skaff  and defendant Restaurants Unlimited, Inc., by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

Plaintiff filed this lawsuit  on December 31, 2008.

Plaintiff  and defendant  have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against defendant. A copy of the "Mutual Release And Settlement Agreement"   is incorporated by reference herein as if set forth in full. Plaintiff  and defendant stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff  moves to dismiss with prejudice the lawsuit against defendant.

Defendant, who has answered the complaint, agrees to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile

Stipultion And Order For Dismissal

1  signatures shall be as valid and as binding as original signatures.

2      Wherefore, plaintiff and defendant, by and through their attorneys of
3  record, so stipulate.

4  Date: 8/7/09                  SIDNEY J. COHEN
                                   PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Plaintiff
Richard Skaff

Date: 8-7-09                  NIXON PEABODY LLP
/s/ Joshua M. Henderson
_____
Joshua M. Henderson
Attorney for Defendant
Restaurants Unlimited, Inc.

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

    The lawsuit against defendant is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date: 8/19/09

*Claudia Wilken* (signature)
_____
Claudia Wilken
United States District Judge

Stipultion And Order For Dismissal            -1-